UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Erik Redeemer, # 99659-098, | ) **C/A No. 9:10-1481-HFF-BM** |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) **ORDER** |
| | ) |
| M. L. Rivera; | ) |
| Timothy A. Geier, | ) |
| | ) |
| | ) |
| Defendants. | ) |

This is a civil rights action filed by a federal prisoner. This matter is before the court because of Plaintiff's failure to comply with the Magistrate Judge's order (Entry No. 6) of June 15, 2010. A review of the record indicates that the Magistrate Judge ordered Plaintiff to submit items needed to render this case into "proper form" within twenty-one (21) days, and that if he failed to do so, this case would be dismissed *without prejudice*. The items needed to render this case into "proper form" were Forms USM-285, summonses, and Answers to Special Interrogatories. Plaintiff has failed to respond to the Magistrate Judge's order.

Accordingly, the above-captioned case is **DISMISSED** *without prejudice*. The Clerk of Court shall close the file.[*]

**IT IS SO ORDERED**.

| | |
|---|---|
| | s/ Henry F. Floyd |
| July 23, 2010 | Henry F. Floyd |
| Spartanburg, South Carolina | United States District Judge |

---

[*]Under the General Order (Misc. No. 3:07-MC-5014-JFA) filed on September 18, 2007, this dismissal *without prejudice* does *not* count as a "strike" for purposes of the "three strikes" provision of 28 U.S.C. § 1915(g). If Plaintiff wishes to bring this action in the future, he should obtain new forms for doing so from the Clerk's Office in Columbia (901 Richland Street, Columbia, South Carolina 29201).